# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CLIFTON R. RODGERS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-cv-01386-E (BT) |
| | § | |
| BH MANAGEMENT SERVICES, LLC, | § | |
|     Defendant. | § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case.

It is therefore ORDERED, ADJUDGED and DECREED that the complaint is dismissed without prejudice under Fed. R. Civ. P. 41(b).

It is further ORDERED that the Clerk shall transmit a true copy of this Judgment, together with a true copy of the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the plaintiff.

Signed this 21st day of September, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE